UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerald Boitnott,<br><br>    Plaintiff,<br><br>vs.<br><br>Border Foods, Inc. d/b/a/ Taco Bell and RALCO, LLC,<br><br>    Defendants. | File No.: 18-cv-1702 WMW/BRT<br>Judge: Wilhelmina M. Wright<br><br>**DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and other applicable law, Defendants Border Foods, Inc. d/b/a Taco Bell and RALCO, LLC ("Defendants") hereby move the Court to grant their Motion to Dismiss ("Motion"). Defendants make this Motion based on applicable law as set forth in the accompanying Memorandum of Law and supporting declarations, as well as the entire record before the Court.

Dated:  July 30, 2018              WINTHROP & WEINSTINE, P.A.

                                   By: *s/ Joseph M. Windler*_____
                                       Joseph M. Windler, #0387758
                                       Chelsea A. Ahmann, #0399146

                                   225 South Sixth Street
                                   Suite 3500
                                   Minneapolis, Minnesota 55402
                                   (612) 604-6400
                                   jwindler@winthrop.com
                                   cahmann@winthrop.com

                                   ***Attorneys for Defendants***

15832271v1