## UNITED STATES DISTRICT COURT
### District of Minnesota

Jerald Boitnott,

                  Plaintiff(s),

v.

Border Foods, Inc., doing business as Taco Bell; and RALCO, LLC,

                  Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   18-cv-1702 (WMW/ECW)

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' motion to dismiss, (Dkt. 12), is **GRANTED**.

**2.** Plaintiff's amended complaint, (Dkt. 8), is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

3. Plaintiff's motion to amend the complaint, (Dkt. 27), is **DENIED**.

Date: 2/22/2019

                                                  KATE M. FOGARTY, CLERK

                                                        s/Mandy Price

                                           (By)  M. Price, Deputy Clerk